Case 1:25-cv-01582-RBW   Document 31   Filed 11/26/25   Page 1 of 1

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

CAPITAL DISTRICT 208
26 SEP 2025 PM 2 L
FIRST-CLASS

US POSTAGE — PITNEY BOWES
ZIP 20001 $ 000.74⁰
02 7W
0008034592 SEP 26 2025

Angela D. Caesar, Clerk of Court, U.S. District Court District of Columbia

OCT 06 2025

RECEIVED Mailroom

OLHA NOHA
15330 River Road
Darnestown, MD 20874

NIXIE        171     FE 1         0010/02/25
       RETURN TO SENDER
    ATTEMPTED  -  NOT KNOWN
       UNABLE TO FORWARD

BC: 20001289999       *2217-04702-26-41